IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONNY H. CROOK,
FDOC Inmate No. 275129,
    Plaintiff,

vs.                                       Case No.: 3:20cv1538/LAC/EMT

FLORIDA DEPARTMENT OF
CORECTIONS, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 10, 2020 (ECF No. 5). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff=s motion to proceed in forma pauperis (ECF No. 2) is **DENIED**; and

3. This case is **DISMISSED**, pursuant to 28 U.S.C. ' 1915(g), without prejudice to Plaintiff initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

**DONE AND ORDERED** this 10th day of March, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**